AO 10
Rev 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U S C app §§ 101-111)

| 1. Person Reporting (last name, first middle initial) | 2. Court or Organization | 3 Date of Report |
|---|---|---|
| Zouhary, Jack | District Court, Northern District of Ohio | 05/1/2010 |

| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) | 5a Report Type (check appropriate type) | 6 Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 01-01-2009 to 12-31-2009 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U S District Court 1716 Spielbusch Avenue Toledo, OH 43604 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE. *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only; see pp 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section*

*(Dollar amount not required except for honoraria )*

☑ NONE *(No reportable non-investment income)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | University of Notre Dame Law School | 3/21-22/2009 | Notre Dame, IN | Mock Trial | Hotel |
| 2 | University of Cincinnati | 4/4/2009 | Cincinnati, OH | National Moot Court Competition | Hotel, mileage, meals |
| 3 | Northwestern University | 4/20-21/2009 | Chicago, IL | Judicial Symposia | Hotel, meals, mileage, parking, tolls |
| 4 | American College of Trial Lawyers | 6/28-30/2009 | Denver, CO | Task Force Meeting | Airfare, hotel, meals, transportation, mileage, parking |
| 5 | Toledo Bar Association | 10/30/2009 | Toledo, OH | TBA Bench/Bar Conference | Registration Fee |
| 6 | American College of Trial | 11/12-15/2009 | Irving, TX | Chairs' Workshop | Airfare, hotel meals, transportation, |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2010 |

Lawyers                                                                    mileage

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children, see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts )*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children, see pp 32-33 of filing instructions )*

☑ NONE *(No reportable liabilities )*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions )

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1 DTE Energy* | A | Dividend | J | T | | | | | |
| 2 Trust #1 | G | Int Div | P2 | T | | | | | |
| 3 - Boeing* | | | | | | | | | |
| 4 - DCT Industrial Trust* | | | | | | | | | |
| 5 - Deere & Co* | | | | | | | | | |
| 6 - DPL* | | | | | | | | | |
| 7 - General Electric* | | | | | | | | | |
| 8 - Intel* | | | | | | | | | |
| 9 - I Shares TR Russell Mid Cap Value* | | | | | | | | | |
| 10 - Motorola* | | | | | | | | | |
| 11 - Pepsico* | | | | | | | | | |
| 12 - Pennsylvania Mutual Fund | | | | | | | | | |
| 13 - Thornburg Intl Value Fund | | | | | | | | | |
| 14 - US Bancorp Delaware New* | | | | | | | | | |
| 15 - Abbott Labs* | | | | | | | | | |
| 16 - AT&T* | | | | | | | | | |
| 17 - Atmos Energy* | | | | | | | | | |

1 Income Gain Codes       A  $1,000 or less         B  $1,001 - $2,500        C  $2,501 - $5,000        D  $5,001 - $15,000       E  $15,001 - $50,000
  (See Columns B1 and D4)  F  $50,001 - $100,000     G  $100,001 - $1,000,000  H1  $1,000,001 - $5,000,000  H2  More than $5,000,000
2 Value Codes            J  $15,000 or less        K  $15,001 - $50,000      L  $50,001 - $100,000     M  $100,001 - $250,000
  (See Columns C1 and D3)  N  $250,001 - $500,000    O  $500,001 - $1,000,000  P1  $1,000,001 - $5,000,000  P2  $5,000,001 - $25,000,000
                          P3  $25,000,001 - $50,000,000                        P4  More than $50,000,000
3 Value Method Codes     Q  Appraisal              R  Cost (Real Estate Only)  S  Assessment             T  Cash Market
  (See Column C2)         U  Book Value             V  Other                  W  Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1·2010 |

## VII. INVESTMENTS and TRUSTS -- income. value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g<br>div rent<br>or int) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g<br>buy sell<br>redemption) | (2)<br>Date<br>mm dd yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18    - BP PLC * | | | | | | | | | |
| 19    - Cardinal Health Inc Ohio * | | | | | | | | | |
| 20    - Coca Cola* | | | | | | | | | |
| 21    - Eaton* | | | | | | | | | |
| 22    - Centurytel (formerly Embarq)* | | | | | | | | | |
| 23    - HSBC Holding* | | | | | | | | | |
| 24    - JP Morgan Chase* | | | | | | | | | |
| 25    - Key Corp* | | | | | | | | | |
| 26    - McDonald's* | | | | | | | | | |
| 27    - Merck & Co* | | | | | | | | | |
| 28    - PNC* | | | | | | | | | |
| 29    - Royal Dutch Shell* | | | | | | | | | |
| 30    - Bristol-Myers Squibb* | | | | | | | | | |
| 31    - Conoco Philips* | | | | | | | | | |
| 32    - CBS* | | | | | | | | | |
| 33    - Colgate Palmolive* | | | | | | | | | |
| 34    - Conagra Foods* | | | | | | | | | |

1 Income Gain Codes    A. S1 000 or less    B. S1 001 - S2 500    C S2 501 - S5 000    D =S2 001 - S15 000    E S15 001 - S50 000
(See Columns B1 and D4)    F S50 001 - S100 000    G =S100 001 - S1 000 000    H1 =S1 000 001 - S5 000 000    H2 More than S5 000 000
2 Value Codes    J S15 000 or less    K S15 001 - S50 000    L S50 001 - S100 000    M =S100 001 - S250 000
(See Columns C1 and D3)    N S250 001 - S500 000    O S500 001 - S1 000 000    P1 S1 000 001 - S5 000 000    P2 =S5 000 001 - S25 000 000
P3 S25 000 001 - S50 000 000    P4 More than S50 000 000
3 Value Method Codes    Q Appraisal    R Cost (Real Estate Only)    S Assessment    T Cash Market
(See Column C2)    U Book Value    V Other    W Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05-1/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions)

☐ NONE (No reportable income, assets, or transactions)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g<br>div rent,<br>or int) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35 - Du Pont E I DeNemours* | | | | | | | | | |
| 36 - HCP Inc * | | | | | | | | | |
| 37 - Olin* | | | | | | | | | |
| 38 - Oracle* | | | | | | | | | |
| 39 - Walgreen* | | | | | | | | | |
| 40 - Whole Foods* | | | | | | | | | |
| 41 - Tradewinds NWQ Intl Value (Fund) | | | | | | | | | |
| 42 - Cohen & Steers Intl (Fund) | | | | | | | | | |
| 43 - Blackrock National (Fund) | | | | | | | | | |
| 44 - Nuveen Ohio Mun (Fund) | | | | | | | | | |
| 45 - Federal Home Loan (Govt Bond) | | | | | Sold | 06/17/09 | K | | |
| 46 - Federal National Mortgage (Bond) | | | | | Sold | 04/02/09 | K | | |
| 47 - Sprint Nextel* | | | | | | | | | |
| 48 - Stryker* | | | | | | | | | |
| 49 - Windstream* | | | | | | | | | |
| 50 - Wisconsin Energy* | | | | | | | | | |
| 51 - 3 M* | | | | | | | | | |

1 Income Gain Codes          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes                J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3 Value Method Codes         Q =Appraisal               R =Cost (Real Estate Only)   S =Assessment                T =Cash Market
(See Column C2)              U =Book Value              V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm dd yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52   - Eaton Vance Ohio Mun (Fund) | | | | | | | | | |
| 53   - Eaton Vance Tax (Fund) | | | | | | | | | |
| 54   - Amgen* | | | | | | | | | |
| 55   - Johnson & Johnson* | | | | | | | | | |
| 56   - Microsoft* | | | | | | | | | |
| 57   - American Electric Power* | | | | | | | | | |
| 58.  - Bob Evans Farms* | | | | | | | | | |
| 59   - Citigroup* | | | | | | | | | |
| 60   - Pfizer* | | | | | | | | | |
| 61   - St Paul Travelers* | | | | | | | | | |
| 62   - Teco Energy* | | | | | | | | | |
| 63   - Verizon Communications* | | | | | | | | | |
| 64   - Alcatel Lucent* | | | | | | | | | |
| 65   - Vanguard Ohio Tax-Free Fund | | | | | | | | | |
| 66   - Dividend Capital Total Realty Trust | | | | | | | | | |
| 67   - Senior Living Conntys Senior Sub Notes | | | | | | Redeemed | 10 30 09 | M | |
| 68   - AIG Mtts LATAM Currency Note | | | | | | Sold | 05 07 09 | K | |

1 Income Gain Codes          A  S1 000 or less          B  S1 001 - S2 500          C  S2 501 - S5 000          D  S5 001 - S15 000          F  S15 001 - S50 000
   (See Columns B1 and D4)   F  S50 001 - S100 000       G  S100 001 - S1 000 000   H1  S1 000 001 - S5 000,000   H2  More than S5 000 000
2 Value Codes               J  S15 000 or less          K  S15 001 - S50 000       L  S50 001 - S100 000       M  S100 001 - S250 000
   (See Columns C1 and D3)   N  S250 001 - S500 000      O  S500 001 - S1 000 000    P1  S1 000 001 - S5 000 000   P2  S5 000 001 - S25 000 000
                             P3  S25 000 001 - S50 000 000                            P4  More than S50 000 000
3 Value Method Codes        Q  Appraisal                R  Cost (Real Estate only)   S  Assessment                T  Cash Market
   (See Column C2)           U  Book Value               V  Other                    W  Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions )

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div rent or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69 - Deutsche Bank PFD Trust IX | | | | | | | | | |
| 70 - I Shares TR S&P National Mun Bd Fund | | | | | | | | | |
| 71. - NCR* | | | | | | | | | |
| 72 - Tera Data* | | | | | | | | | |
| 73 - Waste Management* | | | | | | | | | |
| 74 - Verifone* | | | | | | | | | |
| 75 - Real Estate Property No 1 (Darke County, Ohio) | | | | | | | | | |
| 76 - Real Estate Property No 2 (Darke County, Ohio) | | | | | | | | | |
| 77 - Real Estate Property No 3 (Darke County, Ohio) | | | | | | | | | |
| 78 - Capital One (Accounts) (cash) | | | | | | | | | |
| 79 - Corus Bank (Accounts) | | | | Closed | 12/13/09 | M | | | |
| 80. - Fifth Third Bank (Accounts) | | | | | | | | | |
| 81 - Merrill Lynch (Accounts) (cash) | | | | | | | | | |
| 82 - Key Bank (Accounts) | | | | | | | | | |
| 83 - Thomas McDonald Partners (Accounts) (cash) | | | | | | | | | |
| 84 - Various Municipal Tax-Exempt Bonds (Lines 85-105) | | | | | | | | | |
| 85 - Greene County (Bond) | | | | | | | | | |

1 Income Gain Codes       A = $1,000 or less       B = $1,001 - $2,500       C = $2,501 - $5,000       D = $5,001 - $15,000       E = $15,001 - $50,000
  (See Columns B1 and D4)  F = $50,001 - $100,000   G = $100,001 - $1,000,000  H1 = $1,000,001 - $5,000,000  H2 = More than $5,000,000
2 Value Codes             J = $15,000 or less      K = $15,001 - $50,000     L = $50,001 - $100,000    M = $100,001 - $250,000
  (See Columns C1 and D3)  N = $250,001 - $500,000  O = $500,001 - $1,000,000  P1 = $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
                           P3 = $25,000,001 - $50,000,000                      P4 = More than $50,000,000
3 Value Method Codes      Q = Appraisal            R = Cost (Real Estate Only)  S = Assessment            T = Cash Market
  (See Column C2)          U = Book Value           V = Other                  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e.g.<br>buy, sell,<br>redemption) | <br><br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86 - Cincinnati Urban Redevelopment (Bond) | | | | | | | | | |
| 87 - Ohio State Water Development (Bond) | | | | | | | | | |
| 88 - Westlake Ohio City School (Bond) | | | | | | | | | |
| 89 - Cleveland Public Power (Bond) | | | | | | | | | |
| 90 - Wadsworth School Improvement (Bond) | | | | | | | | | |
| 91 - Marysville School District (Bond) | | | | | | | | | |
| 92 - Sharonville Ohio SPL (Bond) | | | | | Redeemed | 12/01/09 | K | | |
| 93 - Waverly City School (Bond) | | | | | | | | | |
| 94 - Barberton City School (Bond) | | | | | | | | | |
| 95 - Springboro Sewer System (Bond) | | | | | | | | | |
| 96 - Millcreek - West Unity School (Bond) | | | | | | | | | |
| 97 - Toledo Sewer System (Bond) | | | | | | | | | |
| 98 - Akron Economic Development (Bond) | | | | | | | | | |
| 99 - Anthony Wayne Local School (Bond) | | | | | | | | | |
| 100 - Butler County Sewer System (Bond) | | | | | | | | | |
| 101 - Ohio State Higher Education (Bond) | | | | | | | | | |
| 102 - Lakewood City School (Bond) | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103 – Elida Local School (Bond) | | | | | | | | | |
| 104 – Butler County Transportation (Bond) | | | | | | | | | |
| 105 – Lorain Water System (Bond) | | | | | | | | | |
| 106 – Ross Sinclaire (Accounts) (cash) | | | | | Closed | 11/30/09 | M | | |
| 107 – Metamora Bank (Accounts) | | | | | Closed | 10/02/09 | M | | |
| 108 – Clorox | | | | | | | | | |
| 109 – PPG | | | | | | | | | |
| 110 – Q Com | | | | | | | | | |
| 111 – VGT | | | | | | | | | |
| 112 – VWO | | | | | | | | | |
| 113 – Fairpoint Communications | | | | | | | | | |
| 114 – Franklin High Yield (FRHIX) Fund | | | | | | | | | |
| 115 – Blackrock Short Municipal (MALMX) Fund | | | | | | | | | |
| 116 – Legg Mason (SHMMX) Fund | | | | | | | | | |
| 117 – Legg Mason (STXAX) Fund | | | | | | | | | |
| 118 – Chevron | | | | | | | | | |
| 119 – Heineken | | | | | | | | | |

1. Income Gain Codes      A. $1,000 or less      B. $1,001 - $2,500      C. $2,501 - $5,000      D. $5,001 - $15,000      E. $15,001 - $50,000
   (See Columns B1 and D4)   F. $50,001 - $100,000   G. $100,001 - $1,000,000   H1. $1,000,001 - $5,000,000   H2. More than $5,000,000
2. Value Codes            J. $15,000 or less     K. $15,001 - $50,000     L. $50,001 - $100,000    M. $100,001 - $250,000
   (See Columns C1 and D3)   N. $250,001 - $500,000   O. $500,001 - $1,000,000   P1. $1,000,001 - $5,000,000   P2. $5,000,001 - $25,000,000
                           P3. $25,000,001 - $50,000,000                        P4. More than $50,000,000
3. Value Method Codes     Q. Appraisal           P. Cost (Real Estate Only)   S. Assessment            T. Cash Market
   (See Column C2)          R. Book Value          V. Other                  W. Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm-dd-yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120 - Nokia | | | | | | | | | |
| 121 - Van Kampen Municipal (VKI) | | | | | | | | | |
| 122 - Apple | | | | | Buy | 01/20.09 | K | | |
| 123 - Gilead Science | | | | | Buy | 12/31/09 | K | | |
| 124 - Kroger | | | | | Buy | 12/08/09 | J | | |
| 125 - Proctor Gamble | | | | | Buy | 02/02/09 | K | | |
| 126 - Carefusion | | | | | Spinoff (from line 19) | 09.16/09 | K | | |
| 127 - NBH | | | | | Buy | 07/09/09 | J | | |
| 128 - A1OIX | | | | | Buy | 12/09-09 | L | | |
| 129 - FGBAX | | | | | Buy | 12/18/09 | J | | |
| 130 - LDI1X | | | | | Buy | 07/15/09 | L | | |
| 131 - Montgomery County Ohio Rev (Bond) | | | | | Buy | 02 19/09 | K | | |
| 132 - Ohio State Higher Education Fac (Bond) | | | | | Buy | 03/13/09 | L | | |
| 133 - Greene County Hosp (Bond) | | | | | Buy | 10/29/09 | K | | |
| 134 - Am Mun Power OH Rev (Bond) | | | | | Buy | 11 19/09 | L | | |
| 135 - Met Life Bank (Account) | | | | | Buy | 10/30/09 | I | | |
| 136 IRA #1 | D | Int/Div | N | I | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A $1,000 or less | B $1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E $15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G $100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| | J $15,000 or less | K $15,001 - $50,000 | L $50,001 - $100,000 | M =$100,001 - $250,000 |
| | N $250,001 - $500,000 | O $500,001 - $1,000,000 | P1 $1,000,001 - $5,000,000 | P2 - $5,000,001 - $25,000,000 |
| 3 Value Method Code (See Column C2) | Q Appraisal | R Cost (Real Estate Only) | S Assessment | T Cash Market |
| | U Book Value | V Other | W Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171  - First Citizens (FCZA)* | | | | | Sold | 06/30/09 | J | | |
| 172  - Ishares S&P Global (100) (Fund) | | | | | Sold | 06/30/09 | J | | |
| 173  - BAC (MER)* | | | | | Sold | 06/30/09 | J | | |
| 174  - Microsoft (MSFT)* | | | | | | | | | |
| 175  - Orbital Sciences (ORB)* | | | | | Sold | 06/30/09 | J | | |
| 176  - Templeton Fund (TFI) | | | | | Sold | 06/30/09 | J | | |
| 177  - Advent Claymore Global Fund | | | | | Sold | 06/30/09 | K | | |
| 178  - Intel | | | | | Sold | 06/30/09 | J | B | |
| 179  Fifth Third Bank (Accounts) | L | Interest | N | T | | | | | |
| 180  Corus Bank (Accounts) | D | Interest | | | Closed | 06/15/09 | L | | |
| 181  Key Bank (Accounts) | B | Interest | L | T | | | | | |
| 182  Rurban Financial | A | Dividend | J | T | | | | | |
| 183  Fifth Third IRA (CDs) | A | Interest | K | T | | | | | |
| 184  John Hancock Venture | D | Dividend | M | T | | | | | |
| 185  Reliastar Whole Life (Insurance) | A | Interest | J | T | | | | | |
| 186  U.S Savings Bonds | B | Interest | K | T | | | | | |
| 187  Washington County Ohio Health (Bond) | A | Interest | J | T | | | | | |

1 Income Gain Codes        A  $1,000 or less       B  $1,001 - $2,500       C  $2,501 - $5,000       D  $5,001 - $15,000       F  $15,001 - $50,000
  (See Columns B1 and D4)   F  $50,001 - $100,000   G  $100,001 - $1,000,000   H1  $1,000,001 - $5,000,000   H2  More than $5,000,000
2 Value Codes               J  $15,000 or less      K  $15,001 - $50,000     L  $50,001 - $100,000    M  $100,001 - $250,000
  (See Columns C1 and D3)   N  $250,001 - $500,000   O  $500,001 - $1,000,000   P1  $1,000,001 - $5,000,000   P2  $5,000,001 - $25,000,000
                            P3  $25,000,001 - $50,000,000                       P4  More than $50,000,000
3 Value Method Codes        Q  Appraisal            R  Cost (Real Estate Only)   S  Assessment           T  Cash Market
  (See Column C2)           U  Book Value           V  Other                   W  Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent.<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188  Toledo Lucas County Port Authority (Bond) | D | Interest | | | Redeemed | 05/19/09 | J | | |
| 189  Citigroup (C)* | B | Dividend | K | T | | | | | |
| 190  Coca Cola Enterprises (CCE)* | A | Dividend | J | T | | | | | |
| 191  Walt Disney Company (DIS)* | A | Dividend | J | T | | | | | |
| 192  FTD Financial (TFDF)* | A | Dividend | J | I | | | | | |
| 193  Glitatech (GLIAQ)* | | None | I | T | | | | | |
| 194  Motorola (MOT)* | A | Dividend | J | I | | | | | |
| 195  Occidental Petroleum (OXY)* | A | Dividend | K | T | | | | | |
| 196  RPM International (RPM)* | A | Dividend | J | I | | | | | |
| 197  Tower Financial (TOFC)* | | None | J | I | | | | | |
| 198  US Bancorp (USB)* | A | Dividend | J | T | | | | | |
| 199  Huntington* | A | Dividend | I | I | | | | | |
| 200  Wyeth (WYE)* | A | Dividend | | | Sold | 10/16/09 | K | E | |
| 201  Orbital (ORBL)* | | None | J | T | | | | | |
| 202  Merrill Lynch CMA Funds (cash) | B | Interest | I | T | | | | | |
| 203  Sylvania Ohio City School (Bond) | B | Interest | K | J | | | | | |
| 204  Amgen (AMGN)* | | None | I | I | | | | | |

1. Income Gain Codes          A =$1 000 or less          B  $1 001 - $2 500          C  $2 501 - $5 000          D - $5 001 - $15 000          E  $15 001 - $50 000
   (See Column B1 and D4)     F - $50 001 - $100 000     G = $100 001 - $1 000 000  H1  $1 000 001 - $5 000 000  H2 = More than $5 000 000
2. Value Codes                J  $15 000 or less          K  $15 001 - $50 000        L  $50,001 - $100 000      M - $100 001  $250,000
   (See Columns C1 and D3)     N = $250 001  $500,000      O  $500 001 - $1 000 000    P1  $1 000 001 - $5 000 000  P2  $5,000 001 - $25 000 000
                              P3  $25 000 001 - $50 000 000                            P4  More than $50 000 000
3. Value Method Codes          Q  Appraisal                U  Cost (Real Estate Only)   S - Assessment            T - Cash Market
   (See Column C2)             R - Cost (Real Estate Only)  V  Other                    W  Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205  Applied Material (AMAT)* | A | Dividend | I | T | | | | | |
| 206  Ares Capital (ARCC)* | B | Dividend | K | T | | | | | |
| 207  AT&T (1)* | A | Dividend | K | T | | | | | |
| 208  Bristol-Myers Squibb (BMY)* | A | Dividend | J | T | | | | | |
| 209  Coca Cola (KO)* | A | Dividend | J | T | | | | | |
| 210  Conagra Foods (CAG)* | A | Dividend | I | T | | | | | |
| 211.  Eli Lilly (LLY)* | B | Dividend | K | T | | | | | |
| 212  Intel (INTL)* | A | Dividend | J | T | | | | | |
| 213  KeyCorp (KEY)* | B | Dividend | K | T | | | | | |
| 214  Marathon Oil (MRO)* | A | Dividend | J | I | | | | | |
| 215  ML&Co Mitts Russell (RRM) | | None | | | Sold | 03/30/09 | J | | |
| 216  ML&Co Mitts S&P (MTSM) | | None | K | T | | | | | |
| 217  Sony (SNE)* | A | Dividend | K | T | | | | | |
| 218  Verizon Communications (VZ)* | A | Dividend | J | T | | | | | |
| 219  Zimmer Holdings (ZMH)* | | None | I | I | | | | | |
| 220  Goldman Sachs Fund (GHYAX) | B | Interest | I | T | | | | | |
| 221  Blackrock Mun Intermediate Fund (MUI) | C | Interest | K | T | | | | | |

1 Income Gain Codes      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes            J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000   M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                         P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3 Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
  (See Column C2)         U =Book Value     V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222  Blackrock Muniholdings Fund (MHD) | C | Interest | L | T | | | | | |
| 223  Nuveen Fund (NZF) | A | Interest | K | T | | | | | |
| 224  Diversified Credit Opply Fund | | None | L | T | | | | | |
| 225  CBS (CBSA)* | A | Dividend | I | I | | | | | |
| 226  Goldman Sachs (GSMAX) | | None | J | T | | | | | |
| 227  Loomis Sayles (NEFZX) | A | Interest | J | T | | | | | |
| 228  Campbell Strategic | | None | L | T | | | | | |
| 229  Merck (MRK)^ | A | Dividend | J | T | | | | | |
| 230.  Fedl Home Loan (Govt Bond) | A | Interest | | | Redeemed | 06/17/09 | J | | |
| 231  Ohio Water Dev (Bond) | A | Interest | J | T | | | | | |
| 232  Cleveland City (Bond) | B | Interest | | | Redeemed | 11/16/09 | K | | |
| 233  Anthony Wayne School (Bond) | A | Interest | J | T | | | | | |
| 234  Lakewood City (Bond) | B | Interest | K | I | | | | | |
| 235  Cedar Fair (FUN)* | A | Dividend | J | T | | | | | |
| 236  Fifth Third (FITB)* | A | Dividend | | | Distributed | 11/05/09 | I | | |
| 237  Royal Dutch Shell (RDSA)* | A | Dividend | K | T | | | | | |
| 238  AIG Matts LATAM Currency Note | | None | | | Redeemed | 05/07/09 | K | | |

| 1 Income Gain Code | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | | P4 = More than $50,000,000 | |
| 3 Value Method Code | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. see pp 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239 Deutsche Bank Pref Trust IX | B | Dividend | K | I | | | | | |
| 240 Eaton Vance Nat Mun Fund | A | Dividend | K | I | | | | | |
| 241 Bowling Green State University (Bond) | A | Interest | | | Redeemed | 06/01/09 | J | | |
| 242 Waverly Ohio City Schools (Bond) | A | Interest | I | T | | | | | |
| 243 Barberton Ohio City Schools (Bond) | A | Interest | I | I | | | | | |
| 244 Springboro Ohio Swr System (Bond) | A | Interest | J | I | | | | | |
| 245 Millcreek-West University Ohio (Bond) | A | Interest | J | T | | | | | |
| 246 Verifone (PAY)* | | None | J | T | | | | | |
| 247 Metamora Bank | A | Interest | | | Closed | 10/02/09 | L | | |
| 248 Nationwide Bank | B | Interest | I | I | | | | | |
| 249 Butler County (Bond) | B | Interest | K | T | | | | | |
| 250 Federal Home Loan Mortgage (Government Bond) | B | Interest | | | Sold | 06/17/09 | K | | |
| 251 Henderson International (FHOAX) Fund | A | Dividend | K | I | | | | | |
| 252 EXJ | A | Dividend | K | I | | | | | |
| 253 Pfizer (PFE) | A | Dividend | J | I | | | | | |
| 254 VGI | A | Dividend | I | I | | | | | |
| 255 VEU | A | Dividend | J | I | | | | | |

1 Income Gain Codes          A - $1,000 or less          B - $1,001 - $2,500          C - $2,501 - $5,000          D - $5,001 - $15,000          E - $15,001 - $50,000
(See Columns B1 and D4)     F - $50,001 - $100,000      G - $100,001 - $1,000,000    H1 - $1,000,001 - $5,000,000 H2 = More than $5,000,000
2 Value Codes               J - $15,000 or less         K - $15,001 - $50,000        L - $50,001 - $100,000        M = $100,001 - $250,000
(See Columns C1 and D3)     N - $250,001 - $500,000     O - $500,001 - $1,000,000    P1 - $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
                            P3 - $25,000,001 - $50,000,000                            P4 =More than $50,000,000
3 Value Method Codes        Q - Appraisal               R - Cost (Real Estate Only)   S - Assessment               T - Cash Market
(See Column C2)             U - Book Value              V - Other                     W - Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | B (2) Type (e.g. div. rent or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256   Gigamedia Limited - GIGM | | None | J | T | | | | | |
| 257   VOHXX | A | Interest | K | T | | | | | |
| 258   VOHIX | A | Interest | K | I | | | | | |
| 259.  DFA US Core Equity (DFQTX) | B | Dividend | M | I | | | | | |
| 260   DFA International Core (DFIEX) | B | Dividend | K | T | | | | | |
| 261   DFA Emerging (DFCLX) | B | Dividend | K | T | | | | | |
| 262   Schwab (Account) (cash) | A | Interest | K | T | | | | | |
| 263   Bank of America (BAC) | A | Dividend | J | I | | | | | |
| 264   VGK | A | Dividend | J | T | | | | | |
| 265.  Franklin High Yield Tax Free (FRHIX) Fund | A | Interest | J | T | | | | | |
| 266   Legg Mason Municipal High (STXAX) Fund | A | Interest | J | T | | | | | |
| 267   PNC Bank (IRA) (CD) | A | Interest | K | T | | | | | |
| 268   Ohio State Higher Ed (Bonds) | C | Interest | I | T | Buy | 03/13/09 | K | | |
| 269   Montgomery County Ohio Rev (Bonds) | C | Interest | K | I | Buy | 02/12/09 | K | | |
| 270   Greene County Ohio Hos (Bonds) | B | Interest | L | I | Buy | 10/21/09 | I | | |
| 271.  AIOIX | B | Interest | M | I | Buy | 11/30/09 | K | | |
| 272   XLP | A | Dividend | J | T | Buy | 03/03/09 | K | | |

1  Income Gain Codes          A =$1,000 or less              B  $1,001 - $2,500           C  $2,501 - $5,000            D  $5,001 - $15,000          E  $15,001 - $50,000
   (See Columns B1 and D4)     F  $50,001 - $100,000          G =$100,001 - $1,000,000     H1  $1,000,001 - $5,000,000   H2  More than $5,000,000
2  Value Codes                J =$15,000 or less            K  $15,001 - $50,000         L  $50,001 - $100,000         M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000        O  $500,001 - $1,000,000     P1  $1,000,001 - $5,000,000   P2  $5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                              P4  More than $50,000,000
3  Value Method Codes         Q  Appraisal                  R  Cost (Real Estate Only)   S  Assessment                 T  Cash Market
   (See Column C2)             U =Book Value                 V  Other                     W  Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273  Dexacom | | None | J | T | Buy | 05/15/09 | J | | |
| 274  HEV | | None | I | T | Buy | 10/26/09 | J | | |
| 275  Met Life Bank (Account) | B | Interest | L | T | Buy | 10/28/09 | I | | |
| 276  VFSTX | A | Interest | I | T | Buy | 07/01/09 | K | | |

1 Income Gain Codes     A  S1 000 or less          B  S1 001 - S2 500          C  -S2 501 - S5 000          D  S5 001 - S15 000          E -S15 001 - S50 000
   (See Columns B1 and D4)     F =S50 001 - S100,000          G  S100 001 - S1 000 000          H1 -S1,000 001 - S5,000 000          H2 = More than S5 000 000
2 Value Codes          J  S15 000 or less          K  S15 001 - S50 000          L =S50 001 - S100 000          M =S100 001 - S250 000
   (See Columns C1 and D3)     N  S250 001 - S500 000          O -S500 001 - S1 000 000          P1 - S1 000 001 - S5 000 000          P2 =S5 000 001 - S25 000 000
                          P3  S25 000 001 - S50 000 000          P4  More than S50 000 000
3 Value Method Codes     Q - Appraisal          R = Cost (Real Estate Only)          S = Assessment          T =Cash Market
   (See Column C2)          U  Book Value          V  Other          W  Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Names with asterisks are common stock

Trust #1 (Line 2) is an Aggregate Ownership Arrangement in which ▨ ▨ is a one-fifth beneficiary. Assets are itemized (Lines 3 - 135)

The assets listed on Lines 75-77 of the 2009 report correspond with the entry on Line 82 of the 2008 report, which listed these properties in the aggregate. These assets are merged into Trust #1 in the 2009 report and included in the aggregate income and value for that trust (Line 2)

The asset listed on Line 83 for Trust #1 of the 2008 report and all assets within the Trust are merged into Trust #1 in the 2009 report (Line 2). Therefore, a separate header is not required

IRA #1 (Line 136) and IRA #2 (Line 152) are ▨ retirements again itemized

For tax purposes, IRA #3 (Merrill Lynch Private Investors Portfolio (MLIM) (Lines 167-168) and all its assets (Lines 169 - 178) represents a roll-over to Morgan Stanley & Co Custodian for ▨ ▨ (Line 169)

Fifth Third (FITB) (Line 236) was gifted to our children in November 2009

Additions to 2009 Report.

Lines 122 - 135
Acquisitions made to Trust #1

Line 151
Acquisition made to IRA #1

Line 166
Acquisition made to IRA #2

Lines 268 - 276
Acquisitions made jointly or ▨ ▨.

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C 20544